IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| DAVIAE MASSIR OLIVER, | * | |
| Petitioner, | * | |
| v. | | Case No. 3:26-CV-00074-TES |
| | * | |
| WARDEN TEKETA JESTER, | | |
| | * | |
| Respondent. | | |
| | * | |

**<u>J U D G M E N T</u>**

Pursuant to this Court's Order dated September 22, 2026, and for the reasons stated therein, JUDGMENT is hereby entered, dismissing this case.

This 22nd day of September, 2026.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk